CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Adrian M. Slipski, Esq., SBN 325910
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
adrians@potterhandy.com

Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
STEPHEN E. ABRAHAM, SB# 172054
E-Mail: Stephen.Abraham@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Telephone: 714.668.5562
Facsimile: 714.850.1030

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**9367 Telegraph Road, LLC,** a California Limited Liability Company**;**<br>**Dino's Chicken and Burgers Pico Rivera LLC**<br><br>　　　　Defendants. | Case: 2:20-cv-06145-ODW-AS<br><br>**Stipulation for Dismissal**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1

## **STIPULATION**

PLEASE TAKE NOTICE that Plaintiff Antonio Fernandez and Defendants 9367 Telegraph Road, LLC and Dino's Chicken and Burgers Pico Rivera LLC hereby stipulate to dismiss all of Plaintiff's causes of action with prejudice. Each side agrees to bear their own attorneys' fees and costs as to the ADA claim.

Dated: August 10, 2022              CENTER FOR DISABILITY ACCESS

                                    By: /s/ *Adrian M. Slipski*
                                        Adrian M. Slipski
                                        Attorneys for Plaintiff

Dated: August 10, 2022              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By: /s/ *Stephen Abraham*
                                        Stephen E. Abraham
                                        Attorney for Defendants

2

Joint Stipulation for Dismissal                Case: 2:20-cv-06145-ODW-AS

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: August 10, 2022          CENTER FOR DISABILITY ACCESS

                                By: /s/Adrian M. Slipski
                                    Adrian M. Slipski,
                                    Attorney for Plaintiff